IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRON WHITE,

        Plaintiff,                    No. 2:12-cv-2637 CKD P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.             ORDER
_____/

        By an order filed October 31, 2012, plaintiff was ordered to file a completed application to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has

/////
/////
/////
/////
/////
/////
/////

1

now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.[1]

Dated: December 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] whit2637.dis

---

[1] Plaintiff has consented to have a magistrate judge conduct all proceedings in this case. See 28 U.S.C. § 636(c).